# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

_____

Lauren Cook,

                 Plaintiff,

     v.

Capital One Auto Finance, Inc.,

               Defendant.

_____

:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No.:  4:13-cv-00700-RC-ALM

## STIPULATION OF DISMISSAL

Plaintiff Lauren Cook and Defendant identified as Capital One Auto Finance, Inc., properly known as Capital One Auto Finance, a division of Capital One, N.A. ("COAF"), by and through the undersigned counsel, hereby stipulate to the dismissal of this action and any and all claims that were, are and/or could have been asserted by Lauren Cook against COAF with prejudice. Each party shall bear its own attorney's fees and costs.

| Lauren Cook | Capital One Auto Finance, Inc. |
|---|---|
| ____/s/ Jody B. Burton_____ | ___/s/ Joshua H. Threadcraft_____ |
| Jody B. Burton | Joshua H. Threadcraft, Esq. |
| Bar No. 71681 | Rachel B. Cash, Esq. |
| LEMBERG LAW, L.L.C. | BURR & FORMAN, LLP |
| 1100 Summer Street, 3rd Floor | 420 North 20th Street, Suite 3400 |
| Stamford, CT 06905 | Birmingham, Alabama 35203 |
| Telephone: (203) 653-2250 | Telephone: (205) 251-3000 |
| Attorney for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By_/s/ Jody B. Burton_____
Jody B. Burton