**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LAUREN COOK, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:13cv700 |
| | § | Judge Clark/Judge Mazzant |
| CAPITAL ONE AUTO FINANCE, INC., | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Stipulation of Dismissal [Doc. #14].

It is **ORDERED** that the Stipulation of Dismissal [Doc. #14] is accepted by the court.

The court further **ORDERS** that Plaintiff's claims against Defendant in this case are **DISMISSED** with prejudice, with each party to bear its own costs and attorney's fees.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **14** day of **August, 2014.**

_____
Ron Clark, United States District Judge